# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

KELLY RYAN,

        Plaintiff,

vs.

LUMBAR LIQUIDATORS, INC., *et al.*,

        Defendant.

Case No. 2:16-cv-1978-JAD-GWF

**ORDER**

This matter is before the Court on Defendant's Motion to Stay (ECF No. 17), filed on September 29, 2016.

Defendant requests a stay pending a ruling by the JPML on Plaintiff's Motion for Transfer and Centralization Pursuant to 28 U.S.C. § 1407. Defendant represents that Plaintiff does not oppose its request for a stay. Upon review and consideration,

**IT IS HEREBY ORDERED** that Defendant's Motion to Stay (ECF No. 17) is **granted**. This action is stayed pending a ruling by the JPML on Plaintiff's Motion for Transfer and Centralization Pursuant to 28 U.S.C. § 1407 and should Plaintiff's Motion for Transfer and Centralization Pursuant to 28 U.S.C. § 1407 be denied, Defendant's response is due within 30 days of that order.

DATED this 30th day of September, 2016.

                                                    */s/ George Foley Jr.*
                                                    GEORGE FOLEY, JR.
                                                    United States Magistrate Judge